IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIE GRANT,

    Plaintiff,

v.

MONTGOMERY COUNTY, OHIO, et al.,

    Defendants.

Case No. 3:19-cv-80

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANTS' UNOPPOSED SECOND MOTION TO DISMISS FOR FAILURE TO PROSECUTE (DOC. #26); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Plaintiff Willie Grant, who is now proceeding *pro se*, filed suit against Montgomery County and its Board of Commissioners, the City of Dayton and its Board of Commissioners, and City of Dayton police officers Jamie Luckoski and Randy Betsinger. The Court previously dismissed all claims against Montgomery County and its Board of Commissioners. Doc. #22.

This matter is currently before the Court on Defendants City of Dayton, Ohio, Officer Jamie Luckoski and Officer Randy Betsinger's Second Motion to Dismiss for Failure to Prosecute or, in the alternative, Request for an Order Compelling Production of Discovery, Doc. #26. On October 19, 2021, Plaintiff was advised that failure to respond to that motion by November 12, 2021, may result in the dismissal of this lawsuit. Doc. #27.

No response was filed. On November 23, 2021, United States Magistrate Judge Sharon L. Ovington issued an Order to Show Cause no later than December 10, 2021, why the case should not be dismissed for failure to prosecute. Plaintiff was again warned that failure to respond to the Order to Show Cause may result in the dismissal of the lawsuit. Doc. #28.

Plaintiff has failed to respond to the Order to Show Cause within the time allotted. Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Court SUSTAINS Defendants' unopposed Second Motion to Dismiss for Failure to Prosecute, Doc. #26, and DISMISSES all remaining claims WITH PREJUDICE.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 15, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE